### Ed STALCUP v. STATE. (No. 10205.)

(Court of Criminal Appeals of Texas. Nov. 3, 1926. State's Rehearing Denied Dec. 22, 1926.)

Appeal from Corporation Court of Port Arthur; R. G. Robertson, Judge.

Rose & Johnson, of Port Arthur, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The original opinion filed herein is withdrawn, and in lieu thereof the following is substituted:

Appellant was charged, tried and convicted in the corporation court of the city of Port Arthur of the offense of making an obscene and indecent exposure of his person, and against him was assessed a fine of $25. Upon the authority of the opinion in the case of Loraine King v. State (No. 10208) 289 S. W. 69, this day decided, the judgment of conviction is reversed, and the prosecution ordered dismissed.

#### On State's Motion for Rehearing.

HAWKINS, J. For the same reasons appearing in opinion overruling the state's motion for rehearing in King v. State (No. 10208) 289 S. W. 69, the motion in this case is also overruled.

---

### Jack O'BURKE v. STATE. (No. 10206.)

(Court of Criminal Appeals of Texas. Nov. 3, 1926. State's Rehearing Denied Dec. 22, 1926.)

Appeal from Corporation Court of Port Arthur; R. G. Robertson, Judge.

Rose & Johnson, of Port Arthur, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The original opinion filed herein is withdrawn, and in lieu thereof the following is substituted:

Appellant was charged, tried and convicted in the corporation court of the city of Port Arthur of the offense of vagrancy, and against him was assessed a fine of $25.

Upon the authority of the opinion in the case of Loraine King v. State (No. 10208) 289 S. W. 69, this day decided, the judgment of conviction is reversed, and the prosecution is ordered dismissed.

#### On State's Motion for Rehearing.

HAWKINS, J. For the same reasons appearing in opinion overruling the state's motion for rehearing in King v. State (No. 10208) 289 S. W. 69, the motion in this case is also overruled.

---

### Rosa COMMELLIA v. STATE. (No. 10207.)

(Court of Criminal Appeals of Texas. Nov. 23, 1926. State's Rehearing Denied Dec. 22, 1926.)

Appeal from Corporation Court of Port Arthur; R. G. Robertson, Judge.

Rose & Johnson, of Port Arthur, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The original opinion filed herein is withdrawn, and in lieu thereof the following is substituted:

Appellant was charged, tried, and convicted in the corporation court of the city of Port Arthur of the offense of using abusive language, and against her was assessed a fine of $5.

Upon the authority of the opinion in the case of Loraine King v. State (No. 10208) 289 S. W. 69, this day decided, the judgment of conviction is reversed, and the prosecution ordered dismissed.

#### On State's Motion for Rehearing.

HAWKINS, J. For the same reasons appearing in opinion overruling the state's motion for rehearing in King v. State (No. 10208) 289 S. W. 69, the motion in this case is also overruled.